Núm. 8130.—CARTAGENA, apldos. *v.* RODRÍGUEZ ET AL., apltes.— C. D. Humacao.                                                Febrero 20, 1940.
(Por la Corte a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción para desestimar que antecede con la sola asistencia de la parte apelada, examinadas las certificaciones a la misma acompañadas y el escrito de oposición de los apelantes, no apareciendo claramente frívola la apelación interpuesta contra la sentencia que dictó la Corte de Distrito de Humacao el 21 de septiembre de 1939, y siendo preferible que se discutan y resuelvan en primera instancia en la corte de distrito las otras cuestiones envueltas (*Báez v. Honoré,* decidido en febrero 1, 1940, 56 D.P.R. 31, y *Municipio de Aguas Buenas* v. *Esteban de la Fuente,* resuelto en febrero 13, 1940, 56 D.P.R. 105), no ha lugar a la desestimación solicitada.

El Juez Asociado Sr. Wolf está conforme con la no desestimación.